■ In the Matter of Ross WILLINK, as Superintendent of Webster Central School District, Respondent, v KATHERINE M. LOHRMAN, Appellant. (Appeal No. 2.)—Order unanimously reversed, with costs, and motion denied. Same memorandum as in *Matter of Willink v Howard,* (49 AD2d 683). (Appeal from order of Monroe Special Term, staying arbitration.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Del Vecchio, JJ.